**Thomas Alexander LOVE, Plaintiff–Appellant,**

v.

**Juanita H. BAKER; James B. Hunt, Jr.; Judy H. Sills; Joy R. Smith; James B. French; Elbert T. Buck, Jr.; Charles L. Mann, Sr., Defendants–Appellees.**

No. 00–7176.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

Thomas Alexander Love, pro se.

Before NIEMEYER and TRAXLER, Circuit Judges; and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Thomas Alexander Love appeals the district court's orders directing him to demonstrate exhaustion and requiring submission of his inmate trust account statement. While the appeal from these orders was originally interlocutory, the district court's intervening final order renders review permissible under the doctrine of cumulative finality. *Equipment Fin. Group, Inc. v. Traverse Computer Brokers*, 973 F.2d 345, 347 (4th Cir.1992). Reviewing both these orders and Love's arguments on appeal, we find no error and therefore affirm.* We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* As to Love's claim that prison officials interfered with his right to access the courts during the course of this action below, we find that this is a new claim and therefore not properly before this Court on appeal.